UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY G. FOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-cv-00091 |
| | ) |
| ANDREW M. SAUL, Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 22) recommending that the Court deny Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) and affirm the Social Security Administration's ("Commissioner") decision denying benefits. No timely objections to the R&R have been filed despite the R&R's specific warnings regarding waiver.

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Accordingly, the Court rules as follows:

1. The R&R (Doc. No. 22) is **APPROVED AND ADOPTED**;

2. Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **DENIED**; and

3. The Commissioner's decision denying benefits is **AFFIRMED**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE